IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STONECRAFTERS, INC. . | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 14 CV 3070 |
| v. | ) | |
| | ) | Judge Gary Feinerman |
| LUMBER LIQUIDATORS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

NOW COMES the Plaintiff, by and through its attorneys, ANDERSON + WANCA, and pursuant to Fed R. Civ. Proc. 41(a)(1)(A)(i), hereby files its notice of dismissal of Plaintiff's individual claims against all Defendants with prejudice and without costs. Plaintiff's putative class claims are dismissed without prejudice and without costs.

          Respectfully submitted,

          STONECRAFTERS, INC.


          By: s/Brian J. Wanca
          One of Plaintiff's Attorneys
          Anderson & Wanca
          3701 Algonquin Road, Ste. 760
          Rolling Meadows, IL 60008
          847-368-1500

Brian J. Wanca
Ryan J. Kelly
Anderson & Wanca
3701 Algonquin Road, Ste. 760
Rolling Meadows, IL 60008
(847) 368-1500
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 12, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record and a copy will be served on the Defendant via United States Mail on May 12, 2014 at the address indicated below

                              s/Brian J. Wanca

<u>Defendant:</u>
Lumber Liquidators, Inc.
c/o Illinois Corporation Service C
801 Adlai Stevenson Drive
Springfield, IL 62703