Stonecrafters, Inc.

                              Plaintiff,

v.                                                    Case No.: 1:14–cv–03070
                                                      Honorable Gary Feinerman

Lumber Liquidators, Inc., et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 14, 2014:

      MINUTE entry before the Honorable Gary Feinerman:Plaintiff filed a notice of dismissal [70], the terms of which are set forth therein. Status hearing scheduled for 6/11/2014 [6] is stricken. Motion to certify class [5] is withdrawn. Civil case closed.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.